\*\*E-filed 5/5/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND A. JACKSON,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>OFFICER LEDWITH, et al.,  )<br>  )<br>      Defendants.  )<br>_____) | No. C 05-2620 JF (PR)<br><br>ORDER GRANTING<br>PLAINTIFF'S REQUEST FOR<br>EXTENSION OF TIME TO<br>FILE AMENDED<br>COMPLAINT<br><br>(Docket No. 13) |

     Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 2, 2006, the Court dismissed the complaint and granted Plaintiff leave to file an amended complaint within thirty days. On April 3, 2006, the Court granted Plaintiff's requests for extension of time to file an amended complaint. On April 24, 2006, Plaintiff filed a third request for extension of time to file an amended complaint due to his prison transfer and limited law library access. The Court concludes that Plaintiff has shown good cause for such extension. Accordingly, Plaintiff's request for extension of time to file an amended complaint (docket no. 13) is GRANTED. Plaintiff shall file the amended complaint on or before **June 30, 2006**.

\\\

Order Granting Plaintiff's Request for Extension of Time To File Amended Complaint
P:\pro-se\sj.jf\cr.05\Jackson620ext2

1 | The Court reminds Plaintiff to include the caption and civil case number (C 05-
2620 JF (PR)) on the civil rights complaint form enclosed with this order and the words
AMENDED COMPLAINT on the first page.  Because an amended complaint completely
replaces the original complaint, Plaintiff must include in it all the claims he wishes to
present.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir.), cert. denied, 113 S. Ct.
321 (1992).  Plaintiff may not incorporate any material, including declarations or exhibits,
from the original complaint by reference.  **Failure to file the amended complaint within the designated time will result in the Court dismissing the original complaint without prejudice.**

It is Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: 5/3/06

JEREMY FOGEL
United States District Judge

Order Granting Plaintiff's Request for Extension of Time To File Amended Complaint
P:\pro-se\sj.jf\cr.05\Jackson620ext2

1  A copy of this ruling was mailed to the following:

2

3  Armand A. Jackson
   T-64343
   Deuel Vocational Institution
4  P.O. Box 400
   Tracy, CA  95376

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Plaintiff's Request for Extension of Time To File Amended Complaint
P:\pro-se\sj.jf\cr.05\Jackson620ext2