NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND A. JACKSON,<br><br>  Plaintiff,<br><br> vs.<br><br>OFFICER MYERS, et al.,<br><br>  Defendants. | No. C 05-2620 JF (PR)<br><br>ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT LEDWITH; DENYING MOTION FOR DEFAULT<br><br>(Docket No. 44) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. After reviewing the second amended complaint, the Court found that it stated cognizable claims against Defendants Mark Myers of the San Mateo Sheriff's Department and Officer Ledwith of the Belmont Police Department for the use of excessive force. On May 18, 2007, the Court ordered the second amended complaint served upon Defendant Ledwith and directed Plaintiff to provide location information for Defendant Myers. Defendant Myers has appeared in the action and has filed an answer. (Docket No. 49.) However, service has not been effectuated on Defendant Ledwith.

///

///

Order of Dismissal of Claims Against D. Ledwith; Denying Motion for Default
P:\PRO-SE\SJ.JF\CR.05\Jackson620_motions.4m.wpd    1

**DISCUSSION**

A.   Defendant Ledwith

By order filed May 18, 2007, the Court directed the clerk to prepare the summons for service of the second amended complaint upon Ledwith, and the United States Marshal to effectuate such service. The Clerk prepared the summons for service of Ledwith at the Belmont Police Department where Plaintiff indicated he was located. The Marshal returned the summons unexecuted because Ledwith was not located at the Belmont Police Department.[1]

The Court advised Plaintiff in an order filed May 1, 2008, that failure to either serve Defendant Ledwith himself or provide sufficient information to allow the Marshal to locate and serve Ledwith would result in the dismissal of his complaint against Ledwith without prejudice. See Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (holding prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient information to effectuate service). The thirty days period to comply has passed, and Plaintiff has failed to do so. Accordingly, the claims against Ledwith are DISMISSED without prejudice under Rule 4(m).

B.   Motion for Default Judgment

Defendant Myers has made a timely appearance in this action, and Defendant Ledwith has not been served. Accordingly, Plaintiff's motion for default judgment against these two Defendants is DENIED.

This order terminates Docket No. 44.

IT IS SO ORDERED.

DATED: 6/23/08

JEREMY FOGEL
United States District Judge

---

[1] The Marshal indicated that Ledwith no longer works at the Belmont Police Department.