NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND A. JACKSON, | No. C 05-02620 JF (PR) |
| Plaintiff, | ORDER ON PENDING MOTIONS |
| vs. | |
| OFFICER MIKE MYERS, | (Docket Nos. 68, 69, 70) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2008, the Court ordered the second amended complaint served upon Defendant Myers, and scheduled briefing on dispositive motion.[1] On July 15, 2008, Myers filed a motion for summary judgment. The order of service granted Plaintiff thirty days therefrom, or until August 15, 2008, in which to file an opposition. Having received no opposition, the Court, on September 17, 2008, granted Myers's motion. In granting such motion, the Court considered Plaintiff's version of events alleged in the second amended complaint, and found that, even when considered in a light most favorable to Plaintiff, no

---

[1] Plaintiff's claims against a second defendant, Ledwith, were dismissed without prejudice.

G:\PRO-SE\SJ.JF\CR.05\Jackson620mot.wpd

genuine issue of fact existed that would entitle Plaintiff to relief.  That same day, judgment was entered against Plaintiff and the case was closed.  The next day, on September 18, 2008, Plaintiff filed a motion for an extension of time in which to file an opposition to the motion for summary judgment, a motion for a hearing, and a motion for a preliminary injunction.  As Plaintiff's motion for an extension of time was filed over a month after the opposition deadline, the motion (Docket No. 70) is DENIED.[2]  As this matter is closed, Plaintiff's motions for a hearing (Docket No. 69) and for a preliminary injunction (Docket No. 68) are DENIED.

The Clerk of Court shall terminate Docket Nos. 68, 69, and 70.

**IT IS SO ORDERED.**

DATED:  10/10/08

JEREMY FOGEL
United States District Judge

---

[2] The motion was signed on August 22, 2008, one week after the opposition deadline.

G:\PRO-SE\SJ.JF\CR.05\Jackson620mot.wpd        2